1 | HANSON BRIDGETT LLP
RAYMOND F. LYNCH, SBN 119065
2 | rlynch@hansonbridgett.com
SARAH D. MOTT, SBN 148597
3 | smott@hansonbridgett.com
CAROLINE B. BURNETT, SBN 259389
4 | cburnett@hansonbridgett.com
425 Market Street, 26th Floor
5 | San Francisco, California 94105
Telephone:    (415) 777-3200
6 | Facsimile:    (415) 541-9366

7 | COUNTY COUNSEL, CONTRA COSTA COUNTY
SHARON L. ANDERSON, SBN #94814
8 | sharon.anderson@cc.cccounty.us
MARY ANN McNETT MASON, SBN #115089
9 | maryann.mason@cc.cccounty.us
651 Pine St., 9th Floor
10 | Martinez, CA 94553
Telephone: (925) 335-1800
11 | Facsimile: (925)646-1078

12 | Attorneys for Defendants Contra Costa County

13 |

14 | **UNITED STATES DISTRICT COURT**

15 | **NORTHERN DISTRICT OF CALIFORNIA**

16 |

17 | Retiree Support Group of Contra Costa County,

18 |          Plaintiff,

19 |      v.

20 | Contra Costa County,

21 |          Defendant.

---

CASE NO. C 12-00944 (JSW)

**STIPULATION TO EXTEND TIME FOR FILING FIRST RESPONSIVE PLEADING; [~~PROPOSED~~] ORDER**
 AS MODIFIED

N.D. Local Rule 6-1(a)

---

4177074.2

C 12-00944 (DMR)

STIPULATION TO EXTEND TIME FOR FILING FIRST RESPONSIVE PLEADING; [~~PROPOSED~~]

1    Defendant Contra Costa County (the "County") and Plaintiff Retiree Support Group of

2  Contra Costa County ("RSG"), (collectively the "Parties"), through their respective counsel of

3  record , hereby agree and stipulate as follows.

4    1.    RSG filed and served its complaint in this action on February 24, 2012, seeking

5  declaratory and injunctive relief against the County with respect to retiree health benefits.

6    2.    The County requires additional time to prepare a response to the complaint, beyond

7  the time allotted by the Federal Rules of Civil Procedure, Rule 12.

8    3.    Pursuant to Northern District Local Rule 6-1(a), the Parties have agreed that the

9  County shall have through and including April 16, 2012 in which to file its responsive pleading

10  herein.

11    4.    The County intends to file a motion to dismiss or other motion instead of an answer

12  to the complaint (the "Motion").  The Parties request that the Court set the Motion to be heard at

13  9:00 a.m. on June 15, 2012, which is currently an available hearing date on the Court's calendar

14  and the date the Case Management Conference has been scheduled at 1:30 p.m.  The Parties

15  stipulate that any opposition brief to the Motion shall be due on or before May ~~18,~~ 11 2012 and any

16  reply brief shall be due on or before ~~June 1,~~ May 22 2012.

17    5.    Providing this extension of time to file a responsive pleading (which amounts to a

18  31 day extension) beyond the time allotted under the Federal Rules of Civil procedure will not

19  affect any of the dates set pursuant to the Order Setting Initial Case Management Conference and

20  Requiring joint Case Management Conference Statement previously entered herein.

21    ////

22    ////

23    ////

24    ////

25    ////

26    ////

27    ////

28    ////

4177074.2

-2-                                    C 12-00944 (DMR)

STIPULATION TO EXTEND TIME FOR FILING FIRST RESPONSIVE PLEADING; [~~PROPOSED~~ ORDER]

1    IT IS SO STIPULATED.

2

3    DATED: March 8, 2012                    HANSON BRIDGETT LLP

4

5                                            By:_____/s/ Raymond F. Lynch_____
                                                  RAYMOND F. LYNCH
6                                                 Attorneys for Contra Costa County

7

8    DATED: March 8, 2012                    LEWIS FEINBERG LEE RENAKER &
                                             JACKSON, P.C.
9

10

11                                           By:_____/s/ Jeffrey Lewis_____
                                                  JEFFREY LEWIS
12                                                Attorneys for Retiree Support Group of Contra
                                                  Costa County
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                             -3-                        C 12-00944 (DMR)

1

## ORDER

2       PURSUANT TO THE FOREGOING STIPULATION, ~~IT IS SO ORDERED.~~

3   AS MODIFIED ABOVE, IT IS SO ORDERED.

4       DATED: March _9_, 2012                _____
                                              HONORABLE JEFFREY S. WHITE
5                                             UNITED STATES DISTRICT COURT

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4177074.2

STIPULATION TO EXTEND TIME FOR FILING FIRST RESPONSIVE PLEADING; [~~PROPOSED~~ ORDER]