HANSON BRIDGETT LLP
RAYMOND F. LYNCH – 119065
rlynch@hansonbridgett.com
SARAH D. MOTT – 148597
smott@hansonbridgett.com
JANE FEDDES – 282117
jfeddes@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366

COUNTY COUNSEL, CONTRA COSTA COUNTY
SHARON L. ANDERSON - 94814
sharon.anderson@cc.cccou-nty.us
MARY ANN McNETT MASON - 115089
maryann.mason@cc.cccounty.us
651 Pine St., 9th Floor
Martinez, CA 94553
Telephone: (925) 335-1800
Facsimile: (925)646-1078

Attorneys for Defendant
CONTRA COSTA COUNTY

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RETIREE SUPPORT GROUP OF CONTRA COSTA COUNTY,<br><br>Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY,<br><br>Defendant. | No. C12-00944 (JSW)<br><br>**JOINT STIPULATION TO EXTEND CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>(N.D. Local Rule 6-1(a)) |

1    WHEREAS, pursuant to the Court's Order of March 7, 2012, Defendant Contra Costa County ("County" or "Defendant") and Plaintiff Retiree Support Group of Contra Costa County ("Plaintiff") (together, "the Parties") are calendared to appear for an Initial Case Management Conference ("CMC") on June 15, 2012 (Dkt. 8);

    WHEREAS, Defendant filed a Motion to Dismiss the Amended Complaint (the "Motion to Dismiss") on April 30, 2012 (Dkt. 15);

    WHEREAS, the Parties filed a joint stipulation requesting a modification of the briefing schedule for the Motion to Dismiss (Dkt 20);

    WHEREAS, this Court found good cause to grant the Parties' Amended Stipulation to Extend Briefing Schedule based on the declarations of Jeffrey Lewis and Raymond F. Lynch, lead counsel in this matter, and on May 8, 2012, ordered a modified briefing schedule that extended the deadline for the filing of Plaintiff's Opposition to May 23, 2012 and for Defendant's Reply brief to June 6, 2012 (Dkt. 22);

    WHEREAS, on May 10, 2012, the Court *sua sponte* changed the hearing date for the Motion to Dismiss to July 13, 2012 (Dkt. 23);

    WHEREAS, pursuant to the Court Order of March 7, 2012, the Parties must hold their meet and confer session regarding initial disclosures, early settlement, alternate dispute resolution process selection and the creation of a discover plan by May 25, 2012 (Dkt. 8);

    WHEREAS, on June 8, 2012, the Parties must make their initial disclosures and file a Case Management Report with the Court (Dkt. 8);

    WHEREAS, the CMC presently is scheduled on June 15, 2012, four (4) weeks before the hearing on the Motion to Dismiss the Complaint (Dkt 8);

    WHEREAS,  Jeffrey Lewis, lead counsel for Plaintiff, must prepare for and take multiple depositions in locations across the country in a complex financial case, and must also prepare for oral argument before the Ninth Circuit;

    WHEREAS, Andrew Lah, the associate attorney who will be doing much of the work in preparing for the CMC, is engaged in complex negotiations, which are time sensitive;

    WHEREAS,  Raymond F. Lynch, lead counsel for Defendant, is involved in a writ of

1  mandate proceeding of which he became aware on May 6, 2012, which will require a significant

2  portion of his time. That opposition is due on June 6, 2012 and must also prepare for oral

3  argument before the Ninth Circuit;

4      WHEREAS, counsel Sarah D. Mott, who will perform much of the work preparing for the

5  CMC, will be out of the country on a long-planned vacation beginning May 26, 2012 and through

6  June 6, 2012.

7      WHEREAS, for reasons of judicial economy, there is good cause to extend the Case

8  Management Conference as set forth in the attached declarations of Raymond F. Lynch and

9  Andrew Lah.

10      NOW THEREFORE, the Parties, by and through their respective counsel of record, hereby

11  stipulate and agree as follows, and respectfully ask the Court to enter the terms of this stipulation

12  as its Order:

13      The Case Management Conference is rescheduled for 1:30 p.m. on July 15, 2012, or as

14  soon thereafter as the matter may be heard, and all associated deadlines shall be in accordance

15  with FRCP 26(f) and (d), ADR Local Rule 3-5, Civil L.R. 16 and Standing Order No. 5.

16  **IT IS SO STIPULATED** between the parties.

17  DATED: May 15, 2012            HANSON BRIDGETT LLP

18

19                                   By:        /s/
                                        RAYMOND F. LYNCH

20                                          Attorneys for Defendant
                                        CONTRA COSTA COUNTY

21

22  DATED: May 15, 2012            LEWIS, FEINBERG, LEE, RENAKER &
                                        JACKSON, P.C.

23

24

25                                   By:        /s/
                                        JEFFREY LEWS

26                                          Attorneys for Plaintiff

27                                          RETIREE SUPPORT GROUP OF CONTRA
                                        COSTA COUNTY

28

-3-
JOINT STIPULATION TO EXTEND CMC AND [PROPOSED] ORDER
C 12-00944 (JSW)

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, ~~IT IS SO ORDERED.~~ the Court HEREBY CONTINUES the case management conference to August 10, 2012 at 1:30 p.m.

Dated: May 21, 2012

*/s/ Jeffrey S. White*
HON. JEFFREY S. WHITE
United States Judge