| | |
|---|---|
| 1 | LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C. |
| | JEFFREY LEWIS - 066587 |
| 2 | jlewis@lewisfeinberg.com |
| | BILL LANN LEE - 108452 |
| 3 | blee@lewisfeinberg.com |
| | ANDREW LAH - 234580 |
| 4 | alah@lewisfeinberg.com |
| | SACHA CRITTENDEN STEINBERGER - 253823 |
| 5 | ssteinberger@lewisfeinberg.com |
| | 476 9th Street |
| 6 | Oakland, CA 94607 |
| | Telephone:   (510) 839-6824 |
| 7 | Facsimile:    (510) 839-7839 |
| 8 | Attorneys for Plaintiff |
| | RETIREE SUPPORT GROUP OF CONTRA COSTA |
| 9 | COUNTY |
| 10 | (See Attached for Additional Counsel) |

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RETIREE SUPPORT GROUP OF CONTRA COSTA COUNTY, | No. CV 12-00944 (JSW) |
| Plaintiff, | **STIPULATION EXTENDING TIME FOR FILING OF SECOND AMENDED COMPLAINT, VOLUNTARY PRODUCTION OF DOCUMENTS AND RESETTING OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |
| v. | |
| CONTRA COSTA COUNTY, | |
| Defendant. | |
| | N.D. Local Rule 6-1(a) |

| | |
|---|---|
| 1 | (Additional Counsel) |
| 2 | HANSON BRIDGETT LLP |
| | RAYMOND F. LYNCH – 119065 |
| 3 | rlynch@hansonbridgett.com |
| | SARAH D. MOTT – 148597 |
| 4 | smott@hansonbridgett.com |
| | JANE FEDDES – 282117 |
| 5 | jfeddes@hansonbridgett.com |
| | 425 Market Street, 26th Floor |
| 6 | San Francisco, CA 94105 |
| | Telephone: (415) 777-3200 |
| 7 | Facsimile: (415) 541-9366 |
| 8 | COUNTY COUNSEL, |
| | CONTRA COSTA COUNTY |
| 9 | SHARON L. ANDERSON - 94814 |
| | sharon.anderson@cc.cccou -nty.us |
| 10 | MARY ANN McNETT MASON - 115089 |
| | maryann.mason@cc.cccounty.us |
| 11 | 651 Pine St., 9th Floor |
| | Martinez, CA 94553 |
| 12 | Telephone: (925) 335-1800 |
| | Facsimile: (925)646-1078 |
| 13 | |
| | Attorneys for Defendant |
| 14 | CONTRA COSTA COUNTY |

- 2 -

STIPULATION, REQUEST FOR CLARIFICATION AND [PROPOSED] ORDER
(CASE NO. CV 12-00944 (JSW))

Plaintiff Retiree Association of Contra Costa County ("Plaintiff") and Defendant Contra Costa County ("County" or "Defendant") ("the Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On July 10, 2012, the Court issued its Order Granting Motion to Dismiss (Dkt 32), allowing Plaintiff leave to amend its complaint by August 10, 2012. Under the Order, Plaintiff may file a stipulation to extend the deadline if it needs "additional time to discover the ordinances and resolutions upon which its members' claims are predicated." *Id*. at 5.

2. On July 13, 2012, the Parties met and conferred regarding the Court's Order. Plaintiff informed the County it intends to file a Second Amended Complaint and that it requires additional time to obtain and review additional documents. The County stated it is not opposed to an extension of time. The Parties discussed possible voluntary production of documents by the County. The Parties agreed to participate in a second meet and confer session after Plaintiff provided the County with a list of requested documents.

3. On July 17, 2012, Plaintiff provided the County with its list of requested documents:

    1. All Memoranda of Understanding and all resolutions ratifying the MOUs;

    2. All resolutions and attachments to the resolutions relating to retiree health benefits;

    3. All documents relating to the adoption, interpretation, or implementation of any resolution or MOU regarding retiree health benefits, including but not limited to job announcements and postings, employee handbooks, staff memoranda prepared for the Board, and cost analyses of retiree health care;

    4. All board meeting minutes, agenda, and attachments relating to retiree health benefits;

    5. All recordings of Board of Supervisor meetings.

4. On July 20, 2012, the Parties met and conferred regarding those requests. Plaintiff stated it was requesting documents dating back to January 1, 1970. The County agreed voluntarily to provide extant non-privileged documents responsive to Request Nos. 1, 2, 4 and 5 back to January 1970. Relating to Request No. 3, the County also agrees to produce any other non-privileged, public documents that were provided to the Board of Supervisors accompanying

- 3 -

1    the passage of the resolutions relating to the MOUs or retiree health benefits.  The Parties
2    disagree as to whether any further production by the County with respect to Request No. 3 is
3    required now.  Plaintiff requests a status conference regarding this issue at the Court's earliest
4    convenience and the County will not oppose holding such a conference.
5            5.      The Parties wish to cooperate and have generally agreed to the following schedule
6    to produce the agreed upon documents as referenced above, amend the complaint, file a
7    responsive pleading and a subsequent briefing schedule:
8                    a.   The County will make reasonable good faith efforts to provide documents
9                         responsive to Request Nos. 1, 2, 4 and 5 within sixty (60) days or September
10                        27, 2012;
11                   b.   Plaintiff will file its amended complaint within sixty (60) days after completion
12                        of the County's production or November 30, 2012;
13                   c.   Because of the holidays and possible furloughs, the County will file its
14                        responsive pleading by January 9, 2013;
15                   d.   If the County files a motion to dismiss, Plaintiff's opposition brief will be filed
16                        twenty-five (25) days after the County files the motion; and
17                   e.   The County's reply brief will be filed eleven (11) days after the filing of
18                        Plaintiff's opposition brief.
19   The briefing schedule is identical to that previously ordered by the Court.  (*See* Dkt. 22)
20           7.      On July 27, 2012, the Court re-scheduled the Case Management Conference for
21   October 12, 2012.  (*See* Dkt. 34)  Lead counsel for the County will be unable to attend on that
22   date because he will be in Europe on a pre-planned family vacation and will not return until
23   October 16, 2012.
24           8.      The Parties believe there is good cause and request the Court to re-schedule the
25   Case Management Conference to a date after October 16, 2012. (*See* Declaration of Raymond F.
26   Lynch, attached hereto and incorporated herein.)
27   ////
28   ////

- 4 -

STIPULATION, REQUEST FOR CLARIFICATION AND [PROPOSED] ORDER
(CASE NO. CV 12-00944 (JSW)

1  **IT IS SO STIPULATED** between the Parties.

2

3  DATED: August 2, 2012                    LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

4

5                                            By:/s/ Jeffrey Lewis
                                             Jeffrey Lewis
6                                            Attorneys for Plaintiff
                                             RETIREE SUPPORT GROUP OF
7                                            CONTRA COSTA COUNTY

8  DATED: August 2, 2012                    HANSON BRIDGETT LLP

9

10                                           By:/s/ Raymond F. Lynch
                                             Raymond F. Lynch
11                                           Sarah D. Mott
                                             Attorneys for Defendant
12                                           CONTRA COSTA COUNTY

13

14                                **ORDER**

15         PURSUANT TO THE FOREGOING STIPULATION:

16         1.      Plaintiff is granted additional time to file its amended complaint.

17         2.      The schedule set forth by the Parties is acceptable.

18         3.      For good cause shown, the Court resets the Case Management Conference to

19  February 1, 2013 at 1:30 p.m. ~~, 2012.~~

20         IT IS SO ORDERED.

21

22

23  Dated: August 6, 2012                    _/s/ Jeffrey S. White_
                                             HON. JEFFREY S. WHITE
24                                           United States Judge

25

26

27

28
                                         - 5 -
    STIPULATION, REQUEST FOR CLARIFICATION AND [~~PROPOSED~~] ORDER
    (CASE NO. CV 12-00944 (JSW))