IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RETIREE SUPPORT GROUP OF CONTRA COSTA COUNTY,

    Plaintiff,

v.

CONTRA COSTA COUNTY,

    Defendant.

No. C 12-00944 JSW

**ORDER OF REFERRAL**

Pursuant to Local Rule 72-1, the letter dated August 16, 2012, and all other discovery disputes in this matter are HEREBY REFERRED to a randomly assigned magistrate judge for resolution. The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge. If the parties do not receive an assignment within fourteen (14) days of this Order, please contact this Court's Courtroom Deputy, Jennifer Ottolini, at 415-522-4173.

**IT IS SO ORDERED.**

Dated: August 23, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Referral Clerk