HANSON BRIDGETT LLP
RAYMOND F. LYNCH – 119065
rlynch@hansonbridgett.com
SARAH D. MOTT – 148597
smott@hansonbridgett.com
JANE FEDDES – 282117
jfeddes@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366


COUNTY COUNSEL,
CONTRA COSTA COUNTY
SHARON L. ANDERSON - 94814
sharon.anderson@cc.cccou -nty.us
MARY ANN McNETT MASON - 115089
maryann.mason@cc.cccounty.us
651 Pine St., 9th Floor
Martinez, CA 94553
Telephone: (925) 335-1800
Facsimile: (925)646-1078

Attorneys for Defendant
CONTRA COSTA COUNTY

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RETIREE SUPPORT GROUP OF CONTRA COSTA COUNTY,<br><br>Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY,<br><br>Defendant. | **No. C12-00944 (JSW)**<br><br>**JOINT STIPULATION REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE, WITH [**~~PROPOSED~~**] ORDER**<br><br>**(N.D. Local Rule 6-1(a))** |

Defendant Contra Costa County ("County" or "Defendant") and Plaintiff Retiree Support Group of Contra Costa County ("Plaintiff") (together, "the Parties") are calendared to appear for

1 | the Initial Case Management Conference ("CMC") on February 1, 2013;

2 | WHEREAS, pursuant to the Court's Order of August 6, 2012 (Dkt. 37), the following

3 | deadlines apply to the filing of the Second Amended Complaint, responsive pleadings and any

4 | subsequent briefing schedule, including:

5 | a. Plaintiff will file its amended complaint within sixty (60) days after completion

6 | of the County's production or November 30, 2012;

7 | c. Because of the holidays and possible furloughs, the County will file its

8 | responsive pleading by January 9, 2013;

9 | d. If the County files a motion to dismiss, Plaintiff's opposition brief will be filed

10 | twenty-five (25) days after the County files the motion; and

11 | e. The County's reply brief will be filed eleven (11) days after the filing of Plaintiff's

12 | opposition brief;

13 | WHEREAS, Plaintiff filed its Second Amended Complaint on November 30, 2012 (Dkt.

14 | 43);

15 | WHEREAS, Defendant filed its Motion to Dismiss the Second Amended Complaint (the

16 | "Motion to Dismiss") on January 9, 2012 (Dkt. 44-46);

17 | WHEREAS, briefing on the Motion to Dismiss will not be complete until February 15,

18 | 2013 (Dkt. 37);

19 | WHEREAS, the first available hearing date provided by the Court for hearing on the

20 | Motion to Dismiss is March 29, 2013; and

21 | WHEREAS, for reasons of judicial economy based on the deadlines set forth herein, there

22 | is good cause for the Court to continue the Case Management Conference scheduled for February

23 | 1, 2013, until after the Motion to Dismiss the Second Amended Complaint is decided;

24 | NOW THEREFORE, the Parties, by and through their respective counsel of record, hereby

25 | stipulate and agree as follows, and respectfully ask the Court to enter the terms of this stipulation

26 | as its Order, subject to amendment for good cause:

27 | For reasons of judicial economy, the Parties agree the Case Management Conference

28 | scheduled for February 1, 2013, should be continued to a date to be set by the Court after the

1  Motion to Dismiss is decided.

2  **IT IS SO STIPULATED AND REQUESTED BY** the Parties.

3                                              HANSON BRIDGETT LLP

4  DATED: January 17, 2013

5

6                              By:  /s/
                                    RAYMOND F. LYNCH
                                    Attorneys for Defendant
7                                   CONTRA COSTA COUNTY

8

9  DATED: January 17, 2013          LEWIS, FEINBERG, LEE, RENAKER &
                                    JACKSON, P.C.
10

11                             By:  /s/
                                    JEFFREY LEWIS
12                                  Attorneys for Plaintiff
                                    RETIREE SUPPORT GROUP OF CONTRA
13                                  COSTA COUNTY

14

15                                  **ORDER**

16  **PURSUANT TO THE FOREGOING STIPULATION AND REQUEST**, and for good cause

17  shown, the Court resets the Case Management Conference to  April 19, 2013  .

18      **IT IS SO ORDERED.**

19

20  Dated:  January 22 , 2013

                                    /s/ Jeffrey S. White
21                                  HON. JEFFREY S. WHITE
                                    United States Judge

4932268.1

-3-
JOINT STIPULATION TO EXTEND CMC AND [~~PROPOSED~~] ORDER
C 12-00944 (JSW)