HANSON BRIDGETT LLP
RAYMOND F. LYNCH, SBN 119065
rlynch@hansonbridgett.com
SARAH D. MOTT, SBN 148597
smott@hansonbridgett.com
STEPHEN B. PECK, SBN 72214
speck@hansonbridgett.com
JANE M. FEDDES, SBN 282117
jfeddes@hansonbridgett.com

425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366

COUNTY COUNSEL, CONTRA COSTA COUNTY
SHARON L. ANDERSON – SBN 94814
sharon.anderson@cc.cccounty.us
MARY ANN McNETT MASON – SBN 115089
maryann.mason@cc.cccounty.us
651 Pine St., 9th Floor
Martinez, CA 94553
Telephone:    (925) 335-1800
Facsimile:    (925)646-1078

Attorneys for Defendant
CONTRA COSTA COUNTY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RETIREE SUPPORT GROUP OF CONTRA COSTA COUNTY,<br><br>                 Plaintiff,<br><br>      v.<br><br>CONTRA COSTA COUNTY,<br><br>                 Defendant. | CASE NO. C 12-00944 JST<br><br>**STIPULATION FOR EACH SIDE TO PROPOUND 35 INTERROGATORIES WITHOUT LEAVE OF THE COURT** |

WHEREAS, Plaintiff and Defendant previously agreed that each side could propound up

-1-    C 12-00944 JST
STIPULATION FOR EACH SIDE TO PROPOUND 35 INTERROGATORIES WITHOUT LEAVE OF THE COURT

5852823.1

to 35 interrogatories without obtaining leave of the Court and advised the Court of their agreement in their May 29, 2013 Joint Case Management Statement,

WHEREAS, the Court in its subsequent June 3, 2013 Scheduling Order encouraged the parties to submit a stipulation containing this agreement and a proposed Order, and

NOW THEREFOR, the parties, through their respective attorneys of record, agree and stipulate:

1. Plaintiff and Defendant may each propound up to 35 interrogatories without first obtaining leave of the Court.

DATED: September 26, 2013                LEWIS, FEINBERG, LEE, RENAKER
                                           & JACKSON, P.C.


                                         By:      /S/
                                             NINA WASOW
                                             Attorneys for Plaintiff
                                             RETIREE SUPPORT GROUP OF CONTRA
                                             COSTA COUNTY

DATED: September 26, 2013                HANSON BRIDGETT LLP


                                         By:      /S/
                                             RAYMOND F. LYNCH
                                             Attorneys for Defendant
                                             CONTRA COSTA COUNTY


IT IS SO ORDERED

DATED:  September 27, 2013               By:  _____
                                             JON S. TIGAR
                                             UNITED STATES DISTRICT JUDGE