LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
JEFFREY LEWIS - 066587
jlewis@lewisfeinberg.com
BILL LANN LEE - 108452
blee@lewisfeinberg.com
ANDREW LAH - 234580
alah@lewisfeinberg.com
NINA WASOW - 242047
nwasow@lewisfeinberg.com
DARIN RANAHAN – 273532
dranahan@lewisfeinberg.com
476 9th Street
Oakland, CA 94607
Telephone: (510) 839-6824
Facsimile: (510) 839-7839

Attorneys for Plaintiff
RETIREE SUPPORT GROUP OF CONTRA COSTA COUNTY

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RETIREE SUPPORT GROUP OF CONTRA COSTA COUNTY, <br><br> Plaintiff, <br><br> v. <br><br> CONTRA COSTA COUNTY, <br><br> Defendant. | No. CV 12-00944 (JST) <br><br> **STIPULATION AND [PROPOSED] ORDER** |

WHEREAS, the current Scheduling Order provides that the deadline to add parties or amend the pleadings is November 29, 2013 (Dkt. 77);

WHEREAS, the parties are in the midst of exchanging documents in agreed rolling productions, and Defendant Contra Costa County ("Defendant") has just produced a large number of documents, has indicated that it intends to make another large production shortly before November 29, and will have additional records to produce after November;

WHEREAS, Plaintiff Retiree Support Group of Contra Costa County ("Plaintiff") may wish to amend the allegations in the Complaint based on the evidence produced by Defendant,

- 1 -

and requires time to review documents prior to any such amendment; and

WHEREAS, extending the deadline to amend pleadings as requested will not affect any of the dates set pursuant to the Scheduling Order previously entered herein;

NOW THEREFOR, the parties, by and through their respective counsel of record, hereby stipulate and agree as follows:

The deadline to amend the pleadings shall be extended to January 21, 2014.

**IT IS SO STIPULATED.**

DATED:  November 19, 2013         LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

By:  /s/
Nina Wasow
Attorneys for Plaintiff
RETIREE SUPPORT GROUP OF
CONTRA COSTA COUNTY

DATED:  November 19, 2013         HANSON BRIDGETT LLP

By:  /s/
Raymond F. Lynch
Attorneys for Defendant
CONTRA COSTA COUNTY

IT IS SO ORDERED.

Dated:     November 21, 2013
HON. JON S. TIGAR
United States Judge

- 2 -

STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER
CASE NO. CV 12-00944 (JST)

## SIGNATURES UNDER GENERAL ORDER NO. 45

Pursuant to General Order No. 45 of the United States District Court, Northern District of California, I, Nina Wasow—the ECF User whose User ID and Password are used in the filing of this document—hereby attest that the concurrence to the filing of this document has been obtained from each of the other signatories to this document.

/s/   Nina Wasow
Nina Wasow