LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
JEFFREY LEWIS, SBN 066587
jlewis@lewisfeinberg.com
BILL LANN LEE, SBN 108452
blee@lewisfeinberg.com
ANDREW LAH, SBN 234580
alah@lewisfeinberg.com
NINA WASOW, SBN 242047
nwasow@lewisfeinberg.com
DARIN RANAHAN, SBN 273532
dranahan@lewisfeinberg.com
476  9th Street
Oakland, CA 94607
Telephone:     (510) 839-6824
Facsimile:      (510) 839-7839

HANSON BRIDGETT LLP
RAYMOND F. LYNCH, SBN 119065
rlynch@hansonbridgett.com
STEPHEN B. PECK, SBN 72214
speck@hansonbridgett.com
JANE M. FEDDES, SBN 282117
jfeddes@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:     (415) 777-3200
Facsimile:      (415) 541-9366

Attorneys for Defendant
CONTRA COSTA COUNTY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RETIREE SUPPORT GROUP OF CONTRA COSTA COUNTY,<br><br>            Plaintiff,<br><br>    v.<br><br>CONTRA COSTA COUNTY,<br><br>            Defendant. | CASE NO. C 12-00944 JST<br><br>**STIPULATION EXTENDING CASE DEADLINES AND [~~PROPOSED~~] ORDER**<br><br>Judge:   Hon. Hon. Jon S. Tigar |

WHEREAS, the current Scheduling Order provides the indicated case deadlines (Dkt. 77);

WHEREAS, the parties are in the midst of exchanging documents in agreed rolling

productions, and additional documents remain to be produced;

WHEREAS, Plaintiff Retiree Support Group of Contra Costa County ("Plaintiff") may wish to amend the allegations in its Second Amended Complaint based on documents produced and to be produced, and Defendant Contra Costa County ("Defendant") will amend its Answer by May 15, 2014 if Plaintiff does not file an amended complaint, or file its response by June 4, 2014 if Plaintiff files an amended complaint;

WHEREAS, the parties wish to continue to meet and confer on other discovery matters and resolve as many discovery issues as possible without court intervention;

WHEREAS, the parties wish to shift case deadlines and the trial date back for ninety (90) days to allow the parties additional time to complete their productions of documents, to permit the filing of amended pleadings, and to more efficiently manage their respective cases;

NOW THEREFOR, the parties, by and through their respective counsel of record, hereby stipulate and agree to continue the Case Management Conference set for January 29, 2014 to May 28 at 2 p.m. and to the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
| --- | --- |
| Deadline for the parties to complete document production [First RFPs] | 3/31/14 |
| Deadline for Plaintiff to amend Complaint and, if Plaintiff does not amend Complaint, for Defendant to file an amended Answer | 5/15/14 |
| Deadline for Defendant to file a response if Plaintiff files an amended Complaint | 6/4/14 |
| Fact discovery cut-off | 11/3/14 |
| Expert disclosures | 12/8/14 |
| Expert rebuttal | 12/22/14 |
| Expert discovery cut-off | 1/8/15 |
| Deadline to file dispositive motions | 1/29/15 |

| Pretrial conference statement due | 4/6/15 |
|---|---|
| Pretrial conference | ~~4/16/15~~ 4/17/15 at 2:00 p.m. or such other date available on the Court's schedule |
| Bench trial | 5/4/15 at 8:30 a.m. or such other date available on the Court's trial schedule |

**IT IS SO STIPULATED.**

DATED:  January 15, 2014            LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.


By:  _____/s/_____
      NINA WASOW
      Attorneys for Plaintiff
      RETIREE SUPPORT GROUP OF CONTRA COSTA COUNTY

DATED:  January 15, 2014            HANSON BRIDGETT LLP


By:  _____/s/_____
      RAYMOND F. LYNCH
      Attorneys for Defendant
      CONTRA COSTA COUNTY

**IT IS SO ORDERED.**

Dated: January 16, 2014

_____
HONORABLE JON S. TIGAR
United States District Court Judge

1  SIGNATURES UNDER GENERAL ORDER NO. 45

2  Pursuant to General Order No. 45 of the United States District Court, Northern District of

3  California, I, Nina Wasow—the ECF User whose User ID and Password are used in the filing of

4  this document—hereby attest that the concurrence to the filing of this document has been obtained

5  from each of the other signatories to this document.

```
                                        /s/
                                        Nina Wasow
```

6039202.2

-4-  C 12-00944 JST
STIPULATION EXTENDING CASE DEADLINES AND [PROPOSED] ORDER