LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
ANDREW LAH, SBN 234580
alah@lewisfeinberg.com
NINA WASOW, SBN 242047
nwasow@lewisfeinberg.com
DARIN RANAHAN, SBN 273532
dranahan@lewisfeinberg.com
476 9th Street
Oakland, CA 94607
Telephone:   (510) 839-6824
Facsimile:   (510) 839-7839

Attorneys for Plaintiff
RETIREE SUPPORT GROUP OF CONTRA COSTA COUNTY

HANSON BRIDGETT LLP
RAYMOND F. LYNCH, SBN 119065
rlynch@hansonbridgett.com
STEPHEN B. PECK, SBN 72214
speck@hansonbridgett.com
JANE M. FEDDES, SBN 282117
jfeddes@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:   (415) 541-9366

Attorneys for Defendant
CONTRA COSTA COUNTY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RETIREE SUPPORT GROUP OF CONTRA COSTA COUNTY,<br><br>              Plaintiff,<br><br>     v.<br><br>CONTRA COSTA COUNTY,<br><br>              Defendant. | CASE NO. C 12-00944 JST<br><br>**STIPULATION REGARDING DISCOVERY LIMITS AND CASE DEADLINES AND [PROPOSED] ORDER**<br><br>Judge:   Hon. Jon S. Tigar |

WHEREAS, the parties have diligently engaged in discovery and have substantially completed document discovery;

WHEREAS, the parties have only taken one deposition (out of a total of, most likely, 30-

1  40) and anticipate propounding additional Interrogatories;

2      WHEREAS, Plaintiff and Defendant anticipate filing motions to compel production of

3  documents that have been withheld on the basis of privilege after they have exhausted meet and

4  confer efforts;

5      WHEREAS, the parties wish to continue to meet and confer on these and other discovery

6  matters and resolve as many discovery issues as possible without Court intervention;

7      WHEREAS, the parties have reached a compromise regarding the disputed issues set forth

8  in their most recent Joint Case Management Statement (Dkt. 91), and no longer need the Court's

9  assistance in resolving these disputes;

10      NOW THEREFOR, the parties, by and through their respective counsel of record, hereby

11  stipulate and agree to the following:

12      (1) Plaintiff and Defendant may each propound up to 40 interrogatories without first

13          obtaining leave of the Court.

14      (2) Plaintiff and Defendant may each take up to 20 depositions without first obtaining

15          leave of the Court.

16      (3) Plaintiff agrees not to pursue its objection to Defendant's temporal limitation on

17          document production, provided Plaintiff is also not required to produce documents

18          created after July 1, 2011, and provided Defendant agrees to produce the most recent

19          set of Memoranda of Understanding and Salary Resolutions.

20      (4) All case deadlines will be extended as follows:

| Event | Deadline |
| --- | --- |
| Fact discovery cut-off | 1/20/15 |
| Expert disclosures | 2/23/15 |
| Expert rebuttal | 3/12/15 |
| Expert discovery cut-off | 4/9/15 |
| Deadline to file dispositive motions | 5/7/15 |
| Pretrial conference statement due | 6/22/15 |

| Pretrial conference | 6/30/15 at 2:00 p.m. or such other date available on the Court's schedule |
| --- | --- |
| Bench trial | 7/20/15 at 8:30 a.m. or such other date available on the Court's trial schedule |

**IT IS SO STIPULATED.**

DATED:  June 2, 2014                                LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.


By:_____/s/*Nina Wasow*_____
         NINA WASOW
         Attorneys for Plaintiff
         RETIREE SUPPORT GROUP OF CONTRA COSTA COUNTY

DATED:  June 2, 2014                                HANSON BRIDGETT LLP


By:_____/s/*Raymond Lynch*_____
         RAYMOND F. LYNCH
         Attorneys for Defendant
         CONTRA COSTA COUNTY

**IT IS SO ORDERED.**

Dated:      June 4 , 2014

_____
IT IS SO ORDERED
Judge Jon S. Tigar
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 <u>SIGNATURES UNDER GENERAL ORDER NO. 45</u>

2 Pursuant to General Order No. 45 of the United States District Court, Northern District of

3 California, I, Nina Wasow—the ECF User whose User ID and Password are used in the filing of

4 this document—hereby attest that the concurrence to the filing of this document has been obtained

5 from each of the other signatories to this document.

6

7 <u>/s/*Nina Wasow*     </u>
  Nina Wasow