1  LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
   JEFFREY LEWIS, SBN 066587
2  jlewis@lewisfeinberg.com
   ANDREW LAH, SBN 234580
3  alah@lewisfeinberg.com
   NINA WASOW, SBN 242047
4  nwasow@lewisfeinberg.com
   DARIN RANAHAN, SBN 273532
5  dranahan@lewisfeinberg.com
   476  9th Street
6  Oakland, CA 94607
   Telephone:    (510) 839-6824
7  Facsimile:    (510) 839-7839

8  Attorneys for Plaintiff
   RETIREE SUPPORT GROUP OF CONTRA COSTA COUNTY
9
   HANSON BRIDGETT LLP
10 RAYMOND F. LYNCH, SBN 119065
   rlynch@hansonbridgett.com
11 STEPHEN B. PECK, SBN 72214
   speck@hansonbridgett.com
12 JANE M. FEDDES, SBN 282117
   jfeddes@hansonbridgett.com
13 425 Market Street, 26th Floor
   San Francisco, California 94105
14 Telephone:    (415) 777-3200
   Facsimile:    (415) 541-9366
15
16 Attorneys for Defendant
   CONTRA COSTA COUNTY

17              UNITED STATES DISTRICT COURT

18            NORTHERN DISTRICT OF CALIFORNIA

19

| 20 | RETIREE SUPPORT GROUP OF CONTRA COSTA COUNTY, | CASE NO. C 12-00944 JST |
|---|---|---|
| 21 | | **STIPULATION RE PRODUCTION OF CLOSED SESSION RECORDS WITHOUT PREJUDICE TO CLAIMS OF PRIVILEGE AND [PROPOSED] ORDER** |
| 22 | Plaintiff, | |
| 23 | v. | |
| 24 | CONTRA COSTA COUNTY, | Judge:   Hon. Jon S. Tigar |
| 25 | Defendant. | |

26

27         WHEREAS, Defendant has withheld from production documents on grounds including

28 that the records from closed sessions of the Defendant's Board of Supervisors are exempt from

6370194.1                                                              C 12-00944 JST

STIPULATION RE PRODUCTION OF CLOSED SESSION RECORDS WITHOUT PREJUDICE AND TO
CLAIMS OF PRIVILEGE AND [PROPOSED] ORDER

1  disclosure under Federal and State law under the deliberative process privilege and State law

2  pursuant to the Ralph M. Brown Act, Government Code section 54950 *et. seq*, including section

3  54957.6. ("Privilege Claims");

4  WHEREAS, Plaintiff and Defendant dispute the applicability and extent of these privileges

5  in this case, including the Brown Act, but wish to narrow the parties' disputes to the extent

6  possible;

7  WHEREAS, Defendant is willing to produce some closed session and other materials

8  under the parties' Protective Order upon the conditions that Defendant's productions do not

9  constitute a waiver of any kind and are without prejudice to its Privilege Claims and applicability

10  of the Brown Act and that County retains the right to object to any use of the records in and during

11  a deposition, motion or at trial on the grounds of its Privilege Claims;

12  WHEREAS, so long as Plaintiff retains the claims and arguments it has before production,

13  Plaintiff is willing to agree that County's production of closed session and other records is made

14  without prejudice to the County's Privilege Claims concerning the disclosed record and that

15  County retains the right to object to any use of the record in and during a deposition, motion or at

16  trial on the grounds of privilege, and that Plaintiff may not use the disclosed record or its content

17  to argue that additional undisclosed closed session records or testimony about deliberations in

18  closed session are discoverable or not privileged.

19  NOW, THEREFORE, in order to narrow the scope of the parties' discovery disputes,

20  expedite discovery, and prepare for trial, the parties, through their respective attorneys, agree as

21  follows:

22  1.   The documents produced pursuant to this Stipulation will be governed by the terms

23  of this Stipulation and Order and the Protective Order entered in this case on August 22, 2014

24  (Docket Number 80);

25  2.   To the extent Defendant produces closed session or other records under the

26  Protective Order, Defendant's production of such records does not waive its Privilege Claims or

27  confidentiality as to the document or the confidentiality of any such proceeding and its disclosures

28  are without prejudice to Defendant's Privilege Claims which it may assert later in or during

STIPULATION RE PRODUCTION OF CLOSED SESSION RECORDS WITHOUT PREJUDICE AND TO
CLAIMS OF PRIVILEGE AND [~~PROPOSED~~] ORDER

1    depositions, motions, and at trial;

2        3.     Plaintiff does not waive and preserves any claim it has that closed session records

3    are discoverable.  However, Plaintiff may not use the disclosed closed session records or their

4    content to argue that additional undisclosed closed session records or testimony about

5    deliberations in closed session are discoverable.

6        SO STIPULATED:

7

8    DATED: July 14, 2014                    LEWIS, FEINBERG, LEE, RENAKER &
                                             JACKSON, P.C.
9

10

11                                           By:_____/s/_____
                                                NINA WASOW

12

13   DATED: July 14, 2014                    HANSON BRIDGETT LLP

14

15                                           By:_____/s/_____
                                                RAYMOND F. LYNCH

16

17

18   **IT IS SO ORDERED.**

19

20   Dated: _July 16, 2014

21                                           _____
                                             United                              e

22                                           Judge Jon S. Tigar

23

24

25

26

27

28

6370194.1

STIPULATION RE PRODUCTION OF CLOSED SESSION RECORDS WITHOUT PREJUDICE AND TO
CLAIMS OF PRIVILEGE AND [PROPOSED] ORDER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>SIGNATURES UNDER GENERAL ORDER NO. 45</u>

Pursuant to General Order No. 45 of the United States District Court, Northern District of California, I, Raymond Lynch—the ECF User whose User ID and Password are used in the filing of this document—hereby attest that the concurrence to the filing of this document has been obtained from each of the other signatories to this document.

/s/
Raymond Lynch

6370194.1