United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RETIREE SUPPORT GROUP OF CONTRA COSTA COUNTY,<br><br>Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY,<br><br>Defendant. | Case No. 12-cv-00944-JST (MEJ)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 101 |

On August 23, 2012, discovery in this case was referred to the undersigned magistrate judge. Dkt. No. 39. Although the case was subsequently reassigned to the Honorable Jon S. Tigar, the referral for discovery matters remains in effect. Accordingly, the parties must comply with the undersigned's Discovery Standing Order, available here: http://cand.uscourts.gov/mejorders. As it is not clear from the parties' September 23 letter (Dkt. No. 101) whether they complied with the in-person meet and confer requirement, the parties are ORDERED to file a joint statement by September 25, 2014, verifying whether they met in person prior to filing the letter. No chambers copy of the statement is required.

**IT IS SO ORDERED.**

Dated: September 23, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge