UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RETIREE SUPPORT GROUP OF CONTRA COSTA COUNTY,<br><br>    Plaintiff,<br><br>    v.<br><br>CONTRA COSTA COUNTY,<br><br>    Defendant. | Case No.  12-cv-00944-JST   (MEJ)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 101 |

The Court is in receipt of the parties' joint discovery letter regarding Plaintiff Retiree Support Group of Contra Costa County's request a protective order prohibiting Defendant Contra Costa County from proceeding with the deposition of RSG noticed pursuant to Federal Rule of Civil Procedure 30(b)(6).  Dkt. No. 101.  Upon review of the parties' positions, the Court finds that Defendant's request does not seek work product information, but instead focuses on the "factual basis" and "communications" in support of Plaintiff's allegations as set forth in the Complaint.  Accordingly, Plaintiff's request is DENIED.

**IT IS SO ORDERED.**

Dated: September 30, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge