LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
JEFFREY LEWIS, SBN 066587
jlewis@lewisfeinberg.com
ANDREW LAH, SBN 234580
alah@lewisfeinberg.com
DARIN RANAHAN, SBN 273532
dranahan@lewisfeinberg.com
MICHAEL CAESAR, SBN 280548
mcaesar@lewisfeinberg.com
LINDA LAM, SBN 301461
llam@lewisfeinberg.com
476  9th Street
Oakland, CA 94607
Telephone:    (510) 839-6824
Facsimile:     (510) 839-7839

Attorneys for Plaintiff
RETIREE SUPPORT GROUP OF CONTRA COSTA COUNTY

HANSON BRIDGETT LLP
RAYMOND F. LYNCH, SBN 119065
rlynch@hansonbridgett.com
LAWRENCE M. CIRELLI, SBN 114710
lcirelli@hansonbridgett.com
STEPHEN B. PECK, SBN 72214
speck@hansonbridgett.com
MATTHEW JOSEPH PECK, SBN 287934
mpeck@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone:    (415) 777-3200
Facsimile:     (415) 541-9366

Attorneys for Defendant
CONTRA COSTA COUNTY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RETIREE SUPPORT GROUP OF CONTRA COSTA COUNTY,<br><br>           Plaintiff,<br><br>      v.<br><br>CONTRA COSTA COUNTY,<br><br>           Defendant. | CASE NO. C 12-00944 JST<br><br>**STIPULATION EXTENDING CASE DEADLINES AND [PROPOSED] ORDER**<br><br>Judge:   Hon. Jon S. Tigar |

1.  The current Scheduling Orders provide the indicated case deadlines (Dkts. 91 and 97);

2.  The parties have engaged in substantial discovery and there still remains a significant amount of discovery to be completed before this case is ready for trial;

3.  Plaintiff Retiree Support Group of Contra Costa County ("RSG") and Defendant Contra Costa County (the "County") (collectively the "Parties") are currently exploring alternative dispute resolution ("ADR") options in advance of the ADR conference scheduled for March 10, 2015;

4.  The Parties wish to postpone for two weeks imminent discovery deadlines to allow the Parties additional time to explore engaging in an ADR process which would be complex and time consuming given the nature of this case;

5.  Depending on further discussions, after the two week continuance, the Parties may request an additional continuance of case deadlines and the trial date for approximately six months to allow the Parties additional time to explore settlement through an alternative dispute resolution procedure.;

The Parties, by and through their respective counsel of record, hereby stipulate and agree that there is good cause to continue all case deadlines as follows pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10 and request the Court approve and so order:

| Event | Deadline |
| --- | --- |
| Fact discovery cut-off | 3/20/15 to 4/3/15 |
| Expert disclosures | 2/23/15 to 3/9/15 |
| Expert rebuttal | 3/12/15 to 3/26/15 |
| Expert discovery cut-off | 4/9/15 to 4/23/15 |

///

///

///

///

**IT IS SO STIPULATED.**

1  DATED: February 18, 2015					LEWIS, FEINBERG, LEE, RENAKER &
2									JACKSON, P.C.

3									      /s/ *Andrew Lah*
								By:_____
4									ANDREW LAH
									Attorneys for Plaintiff
5									RETIREE SUPPORT GROUP OF CONTRA
									COSTA COUNTY
6

7  DATED: February 18, 2015					HANSON BRIDGETT LLP

8

9									By:      /s/ *Raymond F. Lynch*
									RAYMOND F. LYNCH
10									Attorneys for Defendant
									CONTRA COSTA COUNTY
11

12

13  **IT IS SO ORDERED.**

14  Dated: February  20 , 2015

15									_____
									HON. JON S. TIGAR
16									United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Jon S. Tigar]*

1 <u>SIGNATURES UNDER GENERAL ORDER NO. 45</u>

2 Pursuant to General Order No. 45 of the United States District Court, Northern District of

3 California, I, Raymond F. Lynch—the ECF User whose User ID and Password are used in the

4 filing of this document—hereby attests that the concurrence to the filing of this document has been

5 obtained from each of the other signatories to this document.

6

7           <u>/s/ *Raymond F. Lynch*</u>
          Raymond F. Lynch

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28