LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
JEFFREY LEWIS, SBN 066587
jlewis@lewisfeinberg.com
ANDREW LAH, SBN 234580
alah@lewisfeinberg.com
DARIN RANAHAN, SBN 273532
dranahan@lewisfeinberg.com
MICHAEL CAESAR, SBN 280548
mcaesar@lewisfeinberg.com
LINDA LAM, SBN 301461
llam@lewisfeinberg.com
476 9th Street
Oakland, CA 94607
Telephone:     (510) 839-6824
Facsimile:     (510) 839-7839

HANSON BRIDGETT LLP
RAYMOND F. LYNCH, SBN 119065
rlynch@hansonbridgett.com
LAWRENCE M. CIRELLI, SBN 114710
lcirelli@hansonbridgett.com
STEPHEN B. PECK, SBN 72214
speck@hansonbridgett.com
MATTHEW J. PECK, SBN 287934
mpeck@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone:     (415) 777-3200
Facsimile:     (415) 541-9366

Attorneys for Defendant
CONTRA COSTA COUNTY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RETIREE SUPPORT GROUP OF CONTRA COSTA COUNTY,<br><br>             Plaintiff,<br><br>        v.<br><br>CONTRA COSTA COUNTY,<br><br>             Defendant. | CASE NO. C 12-00944 JST<br><br>**STIPULATION EXTENDING CASE DEADLINES AND [PROPOSED] ORDER**<br><br>Judge:    Hon. Jon S. Tigar |

    This is a complex case involving claims brought by Plaintiff Retiree Support Group of

Contra Costa County ("RSG") on behalf of retirees of Defendant Contra Costa County (the

1  "County") (collectively, the "Parties") claiming a vested right in certain healthcare subsidies as is
2  more fully stated in Plaintiff's First Amended Complaint.
3     The Parties have engaged in substantial discovery and there still remains a significant
4  amount of discovery to be completed before this case is ready for trial;
5     RSG and the County have agreed to engage in mediation and to devote their best efforts to
6  that process, which will be complex and time consuming given the nature of this case;
7     The Parties wish to continue the trial date for 6.5 months (201 days), and to continue case
8  deadlines accordingly, to allow the Parties sufficient time to explore settlement through mediation;
9     The Court's Scheduling Orders provide the present case deadlines (Dkts. 91, 97 and 112);
10    The Parties, by and through their respective counsel of record, hereby stipulate and agree
11  that there is good cause to continue all case deadlines as follows pursuant to Federal Rule of Civil
12  Procedure 16 and Civil Local Rule 16-10 and request the Court approve and so order:

| Event | Deadline |
| --- | --- |
| Case Management Conference | 9/3/15 |
| Expert disclosures | 9/14/15 |
| Fact discovery cut-off | 10/12/15 |
| Expert rebuttal | 10/14/15 |
| Expert discovery cut-off | 10/30/15 |
| Deadline to file dispositive motions | 11/6/15 |
| Pretrial conference statement due | 1/5/16 |
| Pretrial conference | ~~1/12/16 at 2:00 p.m. or such other date available on the Court's schedule~~<br><br>1/22/16 at 2:00 p.m. |
| Bench trial | 2/15/16 at 8:30 a.m. ~~or such other date available on the Court's trial schedule~~ |

26  / / /
27  / / /
28

1  / / /

**IT IS SO STIPULATED.**

DATED:  March 3, 2015                              LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.


By:_____/s/_____
ANDREW LAH
Attorneys for Plaintiff
RETIREE SUPPORT GROUP OF CONTRA COSTA COUNTY


DATED:  March 3, 2015                              HANSON BRIDGETT LLP


By:_____/s/_____
RAYMOND F. LYNCH
Attorneys for Defendant
CONTRA COSTA COUNTY


**IT IS SO ORDERED.**

Dated: March 5, 2015

_____
HONORABLE JON S. TIGAR
United States District Court Judge

1                <u>SIGNATURES UNDER GENERAL ORDER NO. 45</u>

2 Pursuant to General Order No. 45 of the United States District Court, Northern District of

3 California, I, Raymond F. Lynch—the ECF User whose User ID and Password are used in the

4 filing of this document—hereby attest that the concurrence to the filing of this document has been

5 obtained from each of the other signatories to this document.

                                                  /s/
                                                  Raymond F. Lynch