UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RETIREE SUPPORT GROUP OF CONTRA COSTA COUNTY,<br><br>    Plaintiff,<br><br>    v.<br><br>CONTRA COSTA COUNTY,<br><br>    Defendant. | Case No. 12-cv-00944-JST<br><br>**MINUTE ORDER REFERRING CASE TO PRIVATE ADR** |

The parties in this case have agreed to engage in mediation. ECF No. 113. Accordingly, the Court hereby refers the case to private ADR and sets a mediation deadline of August 31, 2015.

IT IS SO ORDERED.

Dated: March 12, 2015

_____
JON S. TIGAR
United States District Judge