UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RETIREE SUPPORT GROUP OF CONTRA COSTA COUNTY,<br><br>        Plaintiff,<br><br>        v.<br><br>CONTRA COSTA COUNTY,<br><br>        Defendant. | Case No.  12-cv-00944-JST<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND CONTINUING CASE DEADLINES** |

Good cause appearing, and for the reasons stated in the parties' most recent joint case management statement, ECF No. 118, the Court now orders as follows:

1.      The case management conference currently scheduled for September 3, 2015 is continued to **October 28, 2015** at **2:00 p.m.**

2.      The pre-trial conference currently scheduled for January 22, 2016 is continued to **July 22, 2016** at **2:00 p.m.**

3.      The trial conference currently scheduled for February 16, 2016 is continued to **August 15, 2016** at **8:30 a.m.**

IT IS SO ORDERED.

Dated:  August 31, 2015

_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California