UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RETIREE SUPPORT GROUP OF CONTRA COSTA COUNTY,<br><br>    Plaintiff,<br><br>    v.<br><br>CONTRA COSTA COUNTY,<br><br>    Defendant. | Case No. 12-cv-00944-JST<br><br>**ORDER GRANTING IN PART STIPULATION TO EXTEND CASE DEADLINES**<br><br>Re: ECF No. 132 |

The parties have filed a stipulation requesting that the deadline for a motion seeking preliminary approval of a settlement agreement, authorization to file a Third Amended Complaint, preliminary certification of a class, and approval of notices be continued from March 3, 2016 to March 17, 2016. ECF No. 132. They also request that the current hearing date on the motion be kept on April 7, 2016.

The request to continue the motion deadline from March 3 to March 17 is granted. Due to a change in the Court's calendar, the date of April 7, 2016 is no longer available. The hearing on the motion is therefore continued to April 21, 2016.

IT IS SO ORDERED.

Dated: January 29, 2016

_____
JON S. TIGAR
United States District Judge