1  KELLER ROHRBACK, L.L.P.
   JEFFREY LEWIS, SBN 066587
2  jlewis@kellerrohrback.com
   300 Lakeshore Drive, Suite 1000
3  Oakland, CA  94612
   Telephone:    (510) 463-3900
4  Facsimile:    (510) 463-3901

5  Attorneys for Plaintiff RETIREE SUPPORT GROUP
   OF CONTRA COSTA COUNTY and the PUTATIVE CLASS
6

7  HANSON BRIDGETT LLP
   RAYMOND F. LYNCH, SBN 119065
8  rlynch@hansonbridgett.com
   LAWRENCE M. CIRELLI, SBN 114710
9  lcirelli@hansonbridgett.com
   STEPHEN B. PECK, SBN 72214
10 speck@hansonbridgett.com
   MATTHEW JOSEPH PECK, SBN 287934
11 mpeck@hansonbridgett.com
   425 Market Street, 26th Floor
12 San Francisco, CA 94105
   Telephone:    (415) 777-3200
13 Facsimile:    (415) 541-9366

14 Attorneys for Defendant
   CONTRA COSTA COUNTY
15

16                          **UNITED STATES DISTRICT COURT**

17                          **NORTHERN DISTRICT OF CALIFORNIA**

18 | RETIREE SUPPORT GROUP OF CONTRA COSTA COUNTY, | CASE NO. C 12-00944 JST |
|---|---|
| Plaintiff, | **STIPULATION CHANGING HEARING DATE AND [PROPOSED] ORDER** |
| v. | Judge:   Hon. Jon S. Tigar |
| CONTRA COSTA COUNTY, | |
| Defendant. | |

24      1. The Court's current Scheduling Order (Dkt. 133) granted the parties' request (Dkt. 132)

25 to extend to March 17, 2016 the date for the parties to file a motion seeking orders Granting

26 Preliminary Approval of the Final Settlement Agreement, Authorizing the Filing of the Third

27 Amended Complaint, Preliminarily Certifying the Class for Settlement Purposes Only, and

28 Approving the Proposed Form of Notice and Plan for Providing Notice Submitted by the Parties.

2. The Court's Order (Dkt.133) changed the hearing date on the motion from April 7, 2016 to April 21, 2016. Due to the unavailability of both Plaintiff's and Defendant's lead counsel on April 21, 2016 the Parties request the Court set the hearing on the motion on April 14, 2016. Plaintiff's lead counsel, Jeffrey Lewis, will be out of the State of California from April 21 through May 2, 2016 on a trip for which non-refundable airplane tickets and hotel reservations were made. Defendant's lead counsel, Raymond F. Lynch. is lead counsel in an international arbitration scheduled from April 18 through April 22, 2016 with witnesses from out of state and from other countries.

The Parties, by and through their respective counsel of record, hereby stipulate and agree that there is good cause to change the motion hearing date as follows pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10 and request the Court approve and so order:

| Event | Deadline |
|---|---|
| Hearing date for motion seeking orders Granting Preliminary Approval of this Agreement, Authorizing the Filing of the Third Amended Complaint, Preliminarily Certifying the Class for Settlement Purposes Only, and Approving the Proposed Form of Notice and Plan for Providing Notice Submitted by the Parties. | April 14, 2016 |

**IT IS SO STIPULATED.**

DATED: February 1, 2016         KELLER ROHRBACK, L.L.P.

By:      /s/ *Jeffrey Lewis*
JEFFREY LEWIS
Attorneys for Plaintiff
RETIREE SUPPORT GROUP OF CONTRA COSTA COUNTY

DATED: February 1, 2016         HANSON BRIDGETT LLP

By:      /s/ *Raymond F. Lynch*
RAYMOND F. LYNCH
Attorneys for Defendant
CONTRA COSTA COUNTY

**IT IS SO ORDERED.**

Dated: February 3 , 2016

_____
HONORABLE JON S. TIGAR
United States District Court Judge

1    SIGNATURES UNDER GENERAL ORDER NO. 45

2    Pursuant to General Order No. 45 of the United States District Court, Northern District of

3    California, I, Raymond F. Lynch—the ECF User whose User ID and Password are used in the

4    filing of this document—hereby attests that the concurrence to the filing of this document has been

5    obtained from each of the other signatories to this document.

                                /s/ *Raymond F. Lynch*
                                Raymond F. Lynch