1  KELLER ROHRBACK, L.L.P.
   JEFFREY LEWIS, SBN 066587
2  jlewis@kellerohrback.com
   300 Lakeshore Drive, Suite 1000
3  Oakland, CA  94612
   Telephone:    (510) 463-3900
4  Facsimile:    (510) 463-3901

5  Attorneys for Plaintiff RETIREE SUPPORT GROUP
   OF CONTRA COSTA COUNTY and the PUTATIVE CLASS
6
   HANSON BRIDGETT LLP
7  RAYMOND F. LYNCH, SBN 119065
   rlynch@hansonbridgett.com
8  LAWRENCE M. CIRELLI, SBN 114710
   lcirelli@hansonbridgett.com
9  STEPHEN B. PECK, SBN 72214
   speck@hansonbridgett.com
10 MATTHEW J. PECK, SBN 287934
   mpeck@hansonbridgett.com
11 425 Market Street, 26th Floor
   San Francisco, California 94105
12 Telephone:    (415) 777-3200
   Facsimile:    (415) 541-9366
13
   COUNTY COUNSEL, CONTRA COSTA COUNTY
14 SHARON L. ANDERSON, SBN 94814
   sharon.anderson@cc.cccounty.us
15 MARY ANN McNETT MASON, SBN 115089
   maryann.mason@cc.cccounty.us
16 651 Pine St., 9th Floor
   Martinez, California 94553
17 Telephone:    (925) 335-1800
   Facsimile:    (925)646-1078
18
   Attorneys for Defendant
19 CONTRA COSTA COUNTY

20            **UNITED STATES DISTRICT COURT**

21           **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 22  RETIREE SUPPORT GROUP OF CONTRA COSTA COUNTY, MICHAEL SLOAN; | CASE NO. C 12-00944 JST |
| 23  ALYN D. GOLDSMITH; DEBORAH ELITE; | **STIPULATION THAT NO RESPONSE TO THIRD AMENDED COMPLAINT FOR SETTLEMENT PURPOSES IS NECESSARY** ~~AND ALTERNATIVELY AND ADDITIONALLY AN EXTENSION OF TIME TO RESPOND TO THIRD AMENDED COMPLAINT~~ |
| 24  BILLIE JO WILSON ELKIN; SUSANNE BEADLE; and ALICE GROTHMANN; | |
| 25                    Plaintiffs, | |
| 26          v. | |
| 27  CONTRA COSTA COUNTY, | Judge:   Hon. Hon. Jon S. Tigar |
| 28          Defendant. | |

12501593.1

1.      Plaintiffs Retiree Support Group of Contra Costa County ("Plaintiff RSG"), Plaintiffs MICHAEL SLOAN; ALYN D. GOLDSMITH; DEBORAH ELITE; BILLIE JO WILSON ELKIN; SUSANNE BEADLE; and ALICE GROTHMANN (collectively "Plaintiff Class Representatives") and Defendant Contra Costa County ("Defendant County") have entered into a comprehensive written settlement agreement ("Agreement") which the Court preliminarily approved on June 14, 2016 (ECF 169).  The terms of the Agreement required Plaintiff RSG to file a Third Amended Complaint alleging a class action and seeking damages.  Plaintiff RSG and Plaintiff Class Representatives filed their Third Amended Complaint on June 16, 2016.

2.      The Parties agree that no pleading responding to the Third Amended Complaint is necessary at this time since under the terms of the Agreement provide that the Third Amended Complaint was filed solely for settlement purposes, and will be withdrawn and have no force and effect, if the settlement is not fully implemented.

3.      Alternatively and additionally, the Parties agree and stipulate that Defendant County's time for response is extended to and including twenty (20) days after the Fairness Hearing to finally approve the Agreement on October 25, 2016.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Stipulation That No Response To 3rd Amended Complaint Is Necessary
And An Open Extension Of Time To Respond

12501593.1

1     IT IS SO STIPULATED.

2

3   DATED: July 6, 2016                      KELLER ROHRBACK, L.L.P.

4
                                         By:_____/s/ Jeffrey Lewis_____
5                                            JEFFREY LEWIS
                                             Attorneys for Plaintiffs
6                                            RETIREE SUPPORT GROUP OF CONTRA
                                             COSTA COUNTY, MICHAEL SLOAN,
7                                            DEBORAH ELITE, SUSANNE BEADLE,
                                             BILLIE JOE WILSON ELKIN, ALYN
8                                            GOLDSMITH, AND ALICE GROTHMANN

9

10  DATED: July 5, 2016                      HANSON BRIDGETT LLP

11
                                         By:_____/s/ Raymond F. Lynch_____
12                                           RAYMOND F. LYNCH
                                             LAWRENCE M. CIRELLI
13                                           STEPHEN B. PECK
                                             MATTHEW J. PECK
14                                           Attorneys for Defendant
                                             CONTRA COSTA COUNTY
15

16

17      **IT IS SO ORDERED.**

18  Dated: __July 11_____, 2016
                                         _____
19                                       HONORABLE JON S. TIGAR
                                         United States District Court Judge
20

21

22

23

24

25

26

27

28

12501593.1

-3-                                      C 12-00944 JST

Stipulation That No Response To 3rd Amended Complaint Is Necessary
And An Open Extension Of Time To Respond

1

**SIGNATURES UNDER GENERAL ORDER NO. 45**

2

Pursuant to General Order No. 45 of the United States District Court, Northern District of

3

California, I, Raymond F. Lynch—the ECF User whose User ID and Password are used in the

4

filing of this document—hereby attests that the concurrence to the filing of this document has been

5

obtained from each of the other signatories to this document.

6

7

By:   /s/ *Raymond L Lynch*

8

Raymond L. Lynch

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-                                    C 12-00944 JST