UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RETIREE SUPPORT GROUP OF
CONTRA COSTA COUNTY, et al.,

Plaintiffs,

v.

CONTRA COSTA COUNTY,

Defendant.

Case No.  12-cv-00944-JST

**ORDER RE: EX PARTE APPLICATION
FOR TEMPORARY RESTRAINING
ORDER**

Re: ECF No. 183

The Court has received Plaintiffs' application for a temporary restraining order and preliminary injunction against third parties AFSCME Retiree Chapter 57 and its officers Nadine Peyrucain, Ruth Roe, and Richard Cabral (collectively "AFSCME Retiree Group").  ECF No. 183.

If it opposes the requested relief, the AFSCME Retiree Group is ordered to file a written opposition by July 25, 2016 at 5:00 p.m.  The Court will conduct a hearing on the application for a temporary restraining order on Wednesday, July 27, 2016 at 9:30 a.m. in Courtroom 9.  If the Court grants a TRO, it will also set a schedule regarding Plaintiffs' application for preliminary injunction.  The parties should assume that any schedule will be set on shortened time.

The Clerk shall serve a copy of this order on counsel for Mr. Cabral, which counsel have previously appeared in this case and, according to Mr. Lewis's declaration, have agreed to accept service on behalf of Chapter 57.  Plaintiffs shall also serve a copy of this order on the AFSCME Retiree Group.

IT IS SO ORDERED.

Dated:  July 21, 2016

_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California