Jeffrey Lewis
(State Bar No. 66587)
Jacob Richards
(State Bar No. 273476)
KELLER ROHRBACK L.L.P.
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 463-3900
Fax (510) 463-3901
jlewis@kellerrohrback.com
jrichards@kellerrohrback.com

*Attorneys for Plaintiffs and Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RETIREE SUPPORT GROUP OF CONTRA COSTA COUNTY, MICHAEL SLOAN, DEBORAH ELITE, SUSANNE BEADLE, BILLIE JOE WILSON ELKIN, ALYN GOLDSMITH, AND ALICE GROTHMANN, <br><br> Plaintiffs, <br><br> v. <br><br> CONTRA COSTA COUNTY, <br><br> Defendant. | No. C 12-00944 JST <br><br> ALTERNATIVE PROPOSED CORRECTIVE NOTICES PURSUANT TO COURT'S AUGUST 29, 2016 ORDER <br><br> Judge:  Jon S. Tigar |

Pursuant to the Court's July 29, 2016 Order, attached hereto are the following:

Exhibit A: Plaintiffs' and Defendant's proposed corrective Notice.

Exhibit B: Retiree Chapter 57's proposed corrective Notice, indicating in track changes the differences from Exhibit A.

KELLER ROHRBACK L.L.P.

*By /s/ Jeffrey Lewis*
Jeffrey Lewis (66587)
jlewis@kellerrohrback.com
Jacob Richards (273476)
jrichards@kellerrohrback.com
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Tel.: (510) 463-3900
***Attorneys for Plaintiffs and the Class***

KELLER ROHRBACK L.L.P.
300 LAKESIDE DRIVE, SUITE 1000, OAKLAND, CA 94612