UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RETIREE SUPPORT GROUP OF CONTRA COSTA COUNTY, et al., <br> Plaintiffs, <br> v. <br> CONTRA COSTA COUNTY, et al., <br> Defendants. | Case No. 12-cv-00944-JST <br><br> **ORDER ADOPTING CURATIVE NOTICE AND SETTING DISTRIBUTION SCHEDULE** <br><br> Re: ECF No. 199 |

Pursuant to this Court's July 29, 2016 order granting in part and denying in part the parties' request for a preliminary injunction, ECF No. 199, and the parties' and AFSCME Retiree Chapter 57's ("Chapter 57") responses to that order, ECF Nos. 200, 201, the Court hereby orders as follows:

1.  The process for invalidating opt-out elections proposed by the parties and Chapter 57 in their letter, ECF No. 201, is adopted. The parties and Chapter 57 shall meet and confer and submit their proposal(s) regarding "further details of this process; i.e., how the contact with the Class Member will be made, a script (if communication is to be by telephone) and/or form of letter to be used for the inquiry, what document(s) must or must not be filed, etc.," id., by Friday, August 5, 2016 at 5:00 p.m.

2.  The attached exhibit to this order is adopted as the curative notice to be distributed to the class.

3.  The parties' and Chapter 57's proposal for submitting the list of recipients of Chapter 57's letter to the Settlement Administrator is adopted. Chapter 57 shall provide the list to the Settlement Administrator by Thursday, August 4, 2016 at 5:00 p.m.

4.  Chapter 57 shall file and lodge its declaration with the Court regarding the list of recipients, as ordered in this Court's July 29, 2016 order, ECF No. 199 at 18 no. 4, by Thursday,

August 4, at 5:00 p.m.

5. The parties shall file their proposed stipulated protective order by Thursday, August 4, 2016 at 5:00 p.m.

6. No extension for class members to respond to the class notice shall be granted at this time.

7. The Settlement Administrator shall distribute the curative notice to the recipients on Chapter 57's list by Monday, August 8, 2016 at 5:00 p.m.

8. Chapter 57 shall file a certification with the Court that it has paid for all printing mailing costs related to the curative notice by Monday, August 15, 2016 at 5:00 p.m.

IT IS SO ORDERED.

Dated:  August 2, 2016

                                       JON S. TIGAR
                                     United States District Judge