UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: October 25, 2016                                                      Judge: Jon S. Tigar

Time: 3 minutes

Case No.      **3:12-cv-00944-JST**
Case Name     **Retiree Support Group of Contra Costa County, et al. v. Contra Costa County**

Attorney for Plaintiffs:       Jeffrey G. Lewis

Attorney for Defendant:        Stephen B. Peck

Deputy Clerk: William Noble                                 Court Reporter: Lydia Zinn

PROCEEDINGS

- Fairness Hearing (ECF No. 179)
- Plaintiffs' Motion for Final Approval of Class Action Settlement (ECF No. 214)

RESULT OF HEARING

1. Case was called at 2:01 p.m. No one requested to address the Court as an objector to the settlement.

2. The Court will grant final approval of the settlement. A written order will be issued.

1